

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Rosemary Guadalupe Vinck

**Plaintiff,**

V.

Andrew Saul, Commissioner of Social Security

**Defendant.**

Civil Action No. 19-cv-00715-RBM

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

This matter is remanded to the Commissioner of Social Security for further proceedings.

Date: 1/6/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ M. Exler

M. Exler, Deputy